# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **CEDRICK AND TAMARA FRAZIER,**<br><br>　　**Plaintiffs,**<br><br>v.<br><br>**SOUTHEAST GEORGIA HEALTH SYSTEM, INC.; SOUTHEAST GEORGIA HEALTH SYSTEM BRUNSWICK CAMPUS AUXILIARY, INC.; SOUTHEAST GEORGIA PHYSICIAN ASSOCIATES – Ear, Nose & Throat; and SHERMAN A. STEVENSON, M.D.**<br><br>　　**Defendants.** | **CIVIL ACTION FILE NUMBER:**<br><br>**2:21-cv-00021-LGW-BWC** |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND INCORPORATED BRIEF IN SUPPORT THEREOF

COME NOW, Southeast Georgia Health System, Inc.; Southeast Georgia Health System Brunswick Campus Auxiliary, Inc.; Southeast Georgia Physician Associates – Ear, Nose & Throat; and Sherman A. Stevenson, M.D., named as Defendants in the above-styled civil action, and file this Notice of Withdrawal of Defendants' Motion to Dismiss and Incorporated Brief in Support Thereof.

On April 15, 2021, the Defendants in this matter filed their Motion to Dismiss and Incorporated Brief in Support Thereof, arguing that Plaintiffs' Complaint should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6) for insufficient process and lack of personal jurisdiction as to all defendants.

-2-

Plaintiff has since sufficiently served all Defendants. As such, the Defendants hereby provide this Notice of Withdrawal of their Motion to Dismiss. If the Defendants discover any additional deficiencies, they retain their rights to refile a motion to dismiss.

Respectfully submitted this 18th day of May, 2021.

                                        **HALL BOOTH SMITH, P.C.**

                                        /s/ *Steven P. Bristol*
                                        N. DANIEL LOVEIN
                                        Georgia Bar No. 459329
                                        STEVEN P. BRISTOL
                                        Georgia Bar No. 083135
                                        *Attorneys for Defendants*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:    (912) 554-0093
Fax:   (912) 554-1973
dlovein@hallboothsmith.com
sbristol@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **CEDRICK AND TAMARA FRAZIER,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SOUTHEAST GEORGIA HEALTH SYSTEM, INC.; SOUTHEAST GEORGIA HEALTH SYSTEM BRUNSWICK CAMPUS AUXILIARY, INC.; SOUTHEAST GEORGIA PHYSICIAN ASSOCIATES – Ear, Nose & Throat; and SHERMAN A. STEVENSON, M.D.**<br><br>    **Defendants.** | **CIVIL ACTION FILE NUMBER:**<br>**2:21-cv-00021-LGW-BWC** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND INCORPORATED BRIEF IN SUPPORT THEREOF** via electronic service on all parties to this action to the following counsel of record:

M. James Thomas, Esq.
1050 Glenbrook Way, Suite 480, #195
Hendersonville, TN 37075
*Attorney for Plaintiffs*

This 18th day of May, 2021.

**HALL BOOTH SMITH, P.C.**

/s/ *Steven P. Bristol*
N. DANIEL LOVEIN
Georgia Bar No. 459329
STEVEN P. BRISTOL
Georgia Bar No. 083135
*Attorneys for Defendants*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T:   (912) 554-0093 / F:   (912) 554-1973
dlovein@hallboothsmith.com / sbristol@hallboothsmith.com