IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CEDRICK FRAZIER; and TAMARA FRAZIER,<br><br>  Plaintiffs,<br><br> v.<br><br>SOUTHEAST GEORGIA HEALTH SYSTEM, INC., et al.,<br><br>  Defendants. | CIVIL ACTION NO.: 2:21-cv-21 |

**O R D E R**

  Plaintiffs requested a conference with the undersigned in an effort to resolve various discovery issues. Plaintiffs' request was made in accordance with the Court's informal discovery dispute resolution procedures. The Court scheduled a call for July 12, 2022, and ordered Defendants to provide their written responses to the issues Plaintiffs raised prior to the call. Dkt. entry dated July 1, 2022. Defendants complied. Having reviewed the parties' respective email submissions describing their disagreements, it is clear the parties did not adequately confer prior to approaching the Court with these issues. Accordingly, the Court **CANCELS** the July 12, 2022 call.

  The parties to this litigation have brought numerous discovery disputes to the Court. Many of those disputes—like the ones presented most recently—could have been resolved or significantly narrowed through good faith conferral. Accordingly, the Court **ORDERS** the parties to continue conferring regarding the disputes most recently presented by Plaintiffs. Counsel for the parties shall meet in person or speak by video conference or telephone when

conferring about these issues. Conferral by letter or email only is not sufficient. If any disputes remain after that conferral, the parties are **ORDERED** to file a joint statement describing the unresolved issues and their respective positions. After receiving the joint statement, the Court will determine whether to conduct a conference or permit any motions related to the issues.

**SO ORDERED**, this 11th day of July, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA