**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| CEDRICK AND TAMARA FRAZIER, | |
| Plaintiffs, | |
| v. | **CIVIL ACTION FILE NUMBER:** |
| SOUTHEAST GEORGIA HEALTH SYSTEM, INC.; COOPERATIVE HEALTHCARE SERVICES, INC. D/B/A SOUTHEAST GEORGIA PHYSICIAN ASSOCIATES – Ear, Nose & Throat; and SHERMAN A. STEVENSON, M.D. | **2:21-cv-00021-LGW-BWC** |
| Defendants. | |

**DEFENDANTS' REPLY AND SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER OF 06/14/2022 (DKT. NO. 122) AND MOTION FOR RECONSIDERATION BY THE DISTRICT COURT JUDGE**

Come now, Defendants SOUTHEAST GEORGIA HEALTH SYSTEM, INC. ("SGHS, Inc."), COOPERATIVE HEALTHCARE SERVICES, INC. D/B/A SOUTHEAST GEORGIA PHYSICIAN ASSOCIATES – EAR, NOSE & THROAT; and SHERMAN A. STEVENSON, M.D., and file this their Reply and Supplemental Brief, respectfully submitting that it is filed as a Reply to Dkt. No. 127, Plaintiffs' Response to Defendants' Objections to the Magistrate Judge's Order of 06/14/2022 and is filed in further support of "Defendants' Objections to the Magistrate Judge's Order of 06/14/2022 (Dkt. No. 122) and Motion for Reconsideration by the District Court Judge," (Dkt. No. 126), further showing this Honorable Court as follows:

## ARGUMENT AND CITATIONS OF AUTHORITY

Plaintiffs' Response includes the following argument:

The defendants have continued to attack Mr. Frazier's character based on allegations and without specific citation to underlying facts to support the

> allegations. This is unfair. The defendants identified no facts with specific citation to the record of potentially fraudulent representations regarding Mr. Frazier's citizenship, except for referring only to their pleadings/Answers. (See Doc. 126, p. 9).

Dkt. No. 127 at 3. Respectfully, Defendants' specific citations to the record of Mr. Frazier's inconsistent and potentially fraudulent representations regarding his citizenship are referenced in the briefs referenced at pages 9 and 10 of Defendants' Objections and Motion for Reconsideration (*see* Dkt. No. 126 at 10 citing Dkt. No. 91 and 9 citing, *inter alia,* Dkt. No. 83) and were argued at length in the May 22, 2022 hearing referenced in Dkt. No. 120. Contrary to Plaintiffs' contention, there was no need to reiterate those citations with greater detail in Dkt. No. 126. Contrary to Plaintiffs' contentions, there is nothing unfair about pointing out to this Court either Mr. Frazier's inconsistent and potentially fraudulent representations regarding his citizenship nor regarding his fraudulent manufacturing of a key piece of evidence he produced to support his claims (as detailed in Dkt. No. 126 at p. 10 by reference to Dkt Nos. 53 (and its Exhibits), 58, 65-1, 91-4. In contrast to Plaintiffs' allegations in Dkt. No. 127 at 3, Defendants' summary of Plaintiffs' claims as set out in Dkt. 126 pages 10 and 11 is does not mischaracterize either the the Plaintiffs' claims or the facts.

Whether the United States v. Ammar, 842 F.3d 1203, 1211 (11th Cir. 2016) deals with federal criminal law or federal civil law applicable to actions brought under purported diversity jurisdiction does not change the accurate citation to that opinion in which the Eleventh Circuit noted that where a court's assertion is shown to be factually inaccurate, it is clearly erroneous. The same logic applies irrespective of the context, criminal or civil. As Plaintiffs do not otherwise address the arguments presented in Section II of Defendants' Objections and Motion for Reconsideration, they appear to have conceded those arguments. *See* Dkt. No. 126 at 9-15 and Dkt. No. 127 at 3-4.

Defendants stand by their arguments as presented in Sections III and IV of Dkt. No. 126. With regard to Section III, Plaintiffs' point that, with the exception of the <u>Jalowski</u> opinion, the cases cited therein do not specifically address audit trails does not lessen the impact of those opinions and the heightened protection Georgia's Supreme Court and Court of Appeals has given in them to protecting from discovery hospital efforts at self-evaluation for improving patient care. With regard to Section IV, Defendants respectfully submit that both Magistrate Judge Cheesbro and the Plaintiffs improperly ignore Defendants arguments made with regard to HIPAA, Georgia law, and their interactions with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. The affidavit of SGHS's General Counsel, Christy Jordan, R.N., J.D., clearly establishes that all of the redacted or deleted accesses or views of the EMR occurred after the Complaint in this case was filed and were done either by herself or with her direction or approval by other nurses who were all members of SGHS's legal and risk management team. *See, e.g.,* Dkt. 103-4. These views noted by SGHS's computer system were generated for use in litigation and the viewing of same by the Plaintiffs, their attorney, and/or experts would reveal the thought processes of SGHS's attorneys or those directed or authorized by them. <u>Id.</u>; Dkt. No. 103 at 3-14; Dkt. No. 126 at 16-25.

## CONCLUSION

For the reasons set forth above and those previously stated in Dkt. No. 126, Defendants respectfully request that this Honorable Court grant the relief requested in Dkt. No. 126: staying or extending the deadline for compliance with the Magistrate's Order until after this Court's ruling on the pending dispositive jurisdictional motion; sustaining the objections raised by Defendants to the Magistrate Judge's Order (*see* Dkt. No. 122 and Dkt. No. 126 at 9-25).

Respectfully submitted, this the 18th day of July, 2022.

HALL BOOTH SMITH, P.C.

/s/ *Steven P. Bristol*

3528 Darien Highway, Suite 300          N. DANIEL LOVEIN
Brunswick, Georgia 31525               Georgia Bar No. 459329
PH:     (912) 554-0093                 STEVEN P. BRISTOL
Fax:    (912) 554-1973                 Georgia Bar No. 083135
dlovein@hallboothsmith.com             *Attorneys for Defendants*
sbristol@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **CEDRICK AND TAMARA FRAZIER,** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL ACTION FILE NUMBER:** |
| **SOUTHEAST GEORGIA HEALTH SYSTEM, INC.; COOPERATIVE HEALTHCARE SERVICES, INC. D/B/A SOUTHEAST GEORGIA PHYSICIAN ASSOCIATES – Ear, Nose & Throat; and SHERMAN A. STEVENSON, M.D.** | **2:21-cv-00021-LGW-BWC** |
| **Defendants.** | |

---

### CERTIFICATE OF SERVICE

---

I hereby certify that I served a true copy of the foregoing DEFENDANTS' REPLY AND SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER OF 06/14/2022 (DKT. NO. 122) AND MOTION FOR RECONSIDERATION BY THE DISTRICT COURT JUDGE via electronic service on all parties to this action to the following counsel of record:

M. James Thomas, Esq.
1050 Glenbrook Way, Suite 480, #195
Hendersonville, TN 37075
mj@marcusjamesthomas.com
*Attorney for Plaintiffs*

This 18th day of July, 2022.

HALL BOOTH SMITH, P.C.

3528 Darien Highway, Suite 300          /s/ *Steven P. Bristol*
Brunswick, Georgia 31525                N. DANIEL LOVEIN
PH:     (912) 554-0093                  Georgia Bar No. 459329
Fax:    (912) 554-1973                  STEVEN P. BRISTOL
dlovein@hallboothsmith.com              Georgia Bar No. 083135
sbristol@hallboothsmith.com             *Attorneys for Defendants*