**Supplemental Affidavit of Kathryn Crous**
**Frazier v Southeast Georgia Health System Inc.**

**October 4, 2022**

**STATE OF TEXAS**

**COUNTY OF ARANSAS**

**PERSONALLY APPEARED, the undersigned, Kathryn Crous, who being first duly sworn, deposes and says:**

1. I have reviewed the following additional documents:
    a. Affidavit of Christy Jordan, RN, JD
    b. Creation of medical records policy
    c. Frazier P2 Sentinel report
    d. Southeast Georgia Health System Inc. Brunswick Campus (SGHS's) Response to Plaintiff's 3rd RFA (Request for Admission)
    e. Dr. Stevenson's Response to Plaintiff's 2nd RFA
    f. Dr. Mikula Affidavit
    g. Dr. Mikula Exhibit 1
    h. Redacted Dr. Stevenson reappointment
    i. 3rd Amended complaint draft
    j. Frazier – Stevenson's Resp to Pltf's 2nd ROGs
    k. Frazier – Stevenson Verification
    l. Fraizer -SGHS Resp to Pltf's 3rd RFA
    m. Frazier – SGHS Verification
    n. Request for Amendment of PHI
    o. Order on Motion for Reconsideration_Doc. 132 - Filed 7/22/2022
    p. Avin Frazier Affidavit 7-18-22
    q. Exh 9 UPS Proof of Delivery 1-5-2021

1

- r. Amended and Restated Bylaws of the Medical Staff, Southeast Georgia Health System, Brunswick Campus - Article III: Medical Staff Membership, Section E. Responsibilities; and Article XII: Corrective Action, Section D. Automatic Suspension, 4) Medical Records
- s. Creation and Maintenance of Medical Records on all Patients - Safeguarding Medical Records
- t. Order to Compel Redacted Audit Trail - Doc. 122 - Filed 6/14/2022

2. My opinions to supplement my original affidavit dated May 3, 2022, with the following observations: Mr. Frazier has been given falsified medical records. The hospital has not complied with his request to have his medical records corrected.

3. According to ONCHIT (The Office of National Coordinator or Health Information Technology), a patient has a right to have their medical records corrected upon notification of an error.

4. Mr. Frazier did NOT have a scheduled office visit for February 6, 2020, as admitted by Southeast Georgia Health System, Inc. (SGHS) in response to plaintiff's third requests for admission dated March 18, 2022.

5. Defense response to Plaintiff's Third Request for Admission #4 admitted Mr. Frazier was NOT scheduled for a February 6,2020 follow up visit. Mr. Frazier did visit the clinic SGPA -ENT on February 6, 2020, to pick up some papers.

6. Dr. Stevenson created and documented on a fictitious office visit in the medical records dated February 6, 2020. The medical records released AND The audit trail SHOW THIS TO HAVE BEEN CREATED on April 10, 2020, at 11:08 and 11:09, backdated to February 6, 2020, MORE THAN TWO MONTHS LATER. This is a deliberate medical record alteration that calls into question Dr. Stevenson's ethical standards and brings into question why a hospital would allow Dr. Stevenson's privileges to be reinstated following a blatant attempt to fraudulently create medical records.

7. In Dr. Stevenson's deposition he indicated that medical records sends notification to Dr. Stevenson saying "Hey, you didn't date this one." Date and time stamps are automatically created. Technically medical records requests draft documents to be signed NOT DATED.

8. Dr. Stevenson had CONFLICTING STATEMENTS. In the second response to Interrogatories, Dr. Stevenson indicated he examined Mr. Frazier on February 6, 2020, at 2:09 pm. That is an unusually SPECIFIC time to remember TWO YEARS LATER. In Dr. Stevenson's responses to the second set of requests for admission, Dr. Stevenson admitted he DID NOT PHYSICALLY EXAMINE Mr. Frazier on February 6, 2020, at 11:08 and 11:09 am and FALSELY claims to have examined Mr. Frazier in the afternoon notwithstanding the fact that Mr. Frazier was NOT scheduled for an office visit that day.

9. For Dr. Stevenson to create the falsified office visit of February 6, 2020, his office staff would have had to register the patient to create that encounter in the medical records. On April 10, 202 at 10:12 am, Ms. Joni Brooker (Department Support Coordinator – Cooperative Healthcare Services, Inc. – CHSI d/b/a SGPA_ENT) created the office visit so that Dr. Stevenson would have an encounter to document against. Dr. Stevenson documented the falsified record on April 10, 2020, from 11:07 am to 11:09 am. Ms. Elizabeth Bautista Sanchez (Medical Support Assistant -CHSI - d/b/a SGPA_ENT) was in the falsified medical record at 3:17 pm for less than one minute. Each of them would have had to know this is a falsified record. Ms. Bautista was not in there long enough to do any billing functions. Dr. Stevenson, Ms. Brooker and Ms. Bautista Sanchez are ALL complicit in falsifying records.

10. Christy D. Jordan, RN, JD (Vice President, General Counsel & Government Relations) was a Staff Attorney and Risk Manager at SGHS in 2012. In her affidavit of April 21, 2022, Ms. Jordan indicated she reviewed Mr. Frazier's medical records on March 30, and May 6, 2021, and did NOT alter or modify Mr. Frazier's records.

11. In Ms. Jordan's affidavit, she also indicated that on March 30, 2021, Melissa Purvis, (SGHS's Risk Manager) reviewed Mr. Frazier's records and did NOT alter or modify Mr. Frazier's records.

12. In Ms. Jordan's affidavit, she also indicated that on March 31, 2021, Ashley Foster, RN, (SGHS Risk Analyst) reviewed Mr. Frazier's records and did NOT alter or modify the records.

13. In Ms. Jordan's affidavit, she also indicated that Rhianen "Desiree" Crews RN (Hall Booth Smith Nurse Paralegal), reviewed Mr. Frazier's medical records on June 3rd and 17th and July 15th, 2021, and did not alter or modify the medical records.

14. Upon discovery of the fraud where Dr. Stevenson failed to document what was pulled out of Mr. Frazier's nose on February 25, 2020, Mr. Frazier sent a written letter dated January 5, 2021, requesting his records be corrected.

15. The following individuals ALL reviewed Mr. Frazier's medical records and should have identified the February 6, 2020, Office Visit was backdated from April 10, 2020, and yet NO ONE removed the incorrect medical information in Mr. Frazier's medical records.
    a. Melissa Purvis RN (Risk Manager)
    b. Ashley Foster RN (Risk Analyst)
    c. Christy Jordan, RN, JD (Vice President, General Counsel & Government Relations)

16. By continuing to keep the falsified office visit of February 6, 2020, SGHS is breaking their Medical Records Policy and Medical Staff Bylaws on the following:
    a. Creation and Maintenance of Medical Records on all Patients –
    b. Safeguarding Medical Records AND
    c. Amended and Restated Bylaws of the Medical Staff, Southeast Georgia Health System, Brunswick Campus –
    d. Article XII: Corrective Action, Section D. Automatic Suspension,

    e. 4) Medical Records

17. By continuing to keep that falsified encounter in Mr. Frazier's medical records, Dr. Stevenson, Michael D. Scherneck (CEO), Christy D. Jordan, RN, JD (Vice President, General Counsel & Government Relations), Melissa Purvis RN (Risk Manager) and Ashley Foster RN (Risk Analyst) and Joni Brooker, Elizabeth Bautista Sanchez and other staff are complicit in furthering a fraud on Mr. Frazier and his medical records.

18. Defense claims to have NOT received Mr. Frazier's request to correct his medical records date January 5, 2021, and YET, Ms. Amy Williamson (Clinic Revenue Cycle Clerk), was in Mr. Frazier's medical records on January 8, 2021, at 3:13 pm although Mr. Frazier was not scheduled to be seen at the clinic that day. This is either a COINCIDENCE, or Ms. Williamson was prompted to review Mr. Frazier's medical records with the letter from Mr. Frazier.

19. Cooperative Healthcare Services, Inc. – CHSI d/b/a SGPA_ENT) utilized patient sign in sheets at the front desk. Mr. Frazier indicated he always signed in on a "check in" sheet at the front desk as soon as he arrived for each visit on 1/28/2020, 2/25/2020 and 5/27/2020. Those sign-in sheets have not been produced in discovery.

20. In Ms. Christy D. Jordan's affidavit, (Vice President, General Counsel & Government Relations), she stated "revealing any other information contained in the audit trail, including but not limited to what particular portions of the medical records were reviewed during the time references above would necessarily reveal my and Defendants' other attorneys' thought processes, mental impressions and personal beliefs and would show how we assembled information, sifted what we consider to be relevant from the irrelevant facts, and prepare the defendants'' legal theories and plan strategies", is an absurd statement. Viewing records are simply fact finding and nothing more.

21. See below from ONCHIT website:

**"What happens after I request a correction?**

Your health care provider has 60 days to respond to your request unless they ask for an extension (extra time). Here's what you can expect:

If your provider agrees there's a mistake in your health record, they'll update your record and send you a notice — either in your patient portal or via email or mail — that they've taken care of it.

If your provider does not agree with you, they'll send you a denial notice that should include:

- **The reason they're not going to change the record. For example, they might say they believe your health record is correct and complete.**
- **Information about how to respond to their decision.**

**https://www.healthit.gov/how-to-get-your-health-record/check-it/#what-happens-after-i-request-a-correction".**

22. ONCHIT is under the jurisdiction of Health and Human Services that creates and enforces the HIPAA (Health Information Portability and Accountability Act), laws to protect a patient's rights to their medical records.

23. Dr. Mikula concurs with the opinion of medical record falsification in her affidavit of August 3, 2022.

24. With several productions of audit trails, there are inconsistencies that indicate more likely than not, the audit trails were modified. It is difficult to know which audit trail is COMPLETE AND ACCURATE.

    a. The Redacted Cerner Access Log 2021 has 2416 rows
    b. The Frazier P2 Sentinel Report 2021 has 3314 rows
    c. The Frazier Cerner Access Log 2020 Audit Trail has 6633 rows.

25. The audit trail shows that on February 5, 2021, a database administrator accessed Mr. Frazier's records and performed the following functions:

    a. Maintain Order
    b. Release Maintain Appt.
    c. Cancel REQ

The functions were backdated to February 6, 2020, at 11:09. This shows SGHS (Southeast Georgia Health System, Inc.) KNOWINGLY modified the records inappropriately to add the future order of Keep Scheduled appt. ENT Brunswick. When a DBA gains access to a medical record in the backend of the database, ANY CHANGES CAN BE MADE AND THERE IS NO TRACKING OF THOSE CHANGES.

26. Dr. Stevenson was in Mr. Frazier's medical records on August 31, 2021, at 1:43 pm. He MODIFIED ORDERS to show a backdated Future Order for Mr. Frazier to make an appointment PRN ENT Brunswick. Dr. Stevenson KNOWINGLY modified the records inappropriately.

27. Dr. Stevenson did not comply with medical staff bylaws by falsifying depiction of the care Mr. Frazier received with Dr. Stevenson at CHSI d/b/a SGPA-ENT and at SGHS.

**Medical Staff Bylaws**
"**E. Responsibilities** - Each Staff member shall:
**4)** Prepare and complete in a timely manner the medical and other records as are essential for providing quality patient care to all patients he or she admits or to whom he or she in any way provides care in the Hospital, in accordance with Hospital rules and regulations;
**5)** Abide by the ethical principles of his or her profession;
**6)** Comply with all applicable laws and regulations of governmental agencies and comply with applicable standards of the Joint Commission;"

The medical records and audit trails of Mr. Frazier's records have KNOWINGLY been modified. The modifications show intent to deceive an accurate depiction of the care Mr. Frazier received with Dr. Stevenson and at SGHS.

All my opinions are to a reasonable degree of certainty and probability based on my education, experience, and expertise. I reserve the right to modify my opinion with the presentation of more evidence.

_____
Kathryn S Crous
Founder EMR Forensics Expert LLC

The foregoing instrument was acknowledged before me this 4 day of September 2022. Kathryn Crous has produced the following identification which is current or has been issued within the past 5 years and bears a serial or other identifying number and did (did not) take an oath:

___✓___ Driver's license issued by the State of Texas
State of Texas County of Aransas

Felicia L Vogler
**(Signature of Notary)**

[Seal: FELICIA L. VOGLER, Notary Public, State of Texas, Comm. Expires 10-20-2025, Notary ID 133403743]

Felicia L. Vogler
(Name of Notary Typed, Printed or Stamped)
NOTARY PULIC STATE OF TEXAS
(Commission number) (Notarial Seal)
My Commission Expires:
_____