81

1   official opening date was April 1st, 2006.
2        Q.    What was the name of that other doctor?
3        A.    Dr. Eric Fredrick, F-r-e-d-r-i-c-k.
4        Q.    So on 4/10 on Line 960 and 961, again, it
5   says retrieve and your answer is what again?
6        A.    My answer was I don't know what that means
7   because I don't interpret these reports.
8        Q.    And what about lock --
9        A.    I don't know what that means.
10       Q.    Now, on 969, do you see Line 969
11  highlighted in yellow?
12       A.    I do.
13       Q.    It says open chart.  Did you open the
14  chart on this date?
15       A.    Like I said, I don't know what this report
16  means, but I may have opened the chart on that date.
17       Q.    Are you saying this is wrong?  Because you
18  either did or you didn't.
19       A.    No, sir, I didn't say anything was wrong.
20       Q.    Did you open the chart?  Yes or no?
21       A.    If it says I opened the chart here, I
22  don't know how to interpret these reports but it
23  looks like I did open the chart.
24       Q.    And why would you have opened the chart on
25  this date around this time?

GILBERT & JONES

1    A.    I don't recall why I would have opened the
2 chart on that date.
3    Q.    Do you normally go in charts, open charts
4 on random dates of various patients?
5          MR. BRISTOL:  Form.
6    Q.    (By Mr. Thomas)  You can still answer.
7    A.    I have the need to go into patient charts
8 on a daily basis.
9    Q.    Where were you working on this date?
10   A.    Do you mean what location was I at?
11   Q.    Yes.  You told me you float.
12   A.    No, I didn't say I float.  I said I work
13 in Camden one day a week with Dr. Bee and that's on
14 Thursday.
15         Without knowing what day of the week this
16 was, I can look at my time card and tell you where I
17 was.
18   Q.    On April 10th, 2020, that was a Friday
19 according to the calendar.
20   A.    I would have been at the Brunswick office.
21         MR. THOMAS: Okay.  Give me one second.
22 I'm going to step away one second.  I'll be
23 right back.  Okay.
24         (Off the record.)
25   Q.    (By Mr. Thomas)  Ms. Brooker, on Line 971