AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CEDRICK FRAZIER and TAMARA FRAZIER,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:21-cv-21

SOUTHEAST GEORGIA HEALTH SYSTEM, INC., SHERMAN A. STEVENSON, M.D., and COOPERATIVE HEALTHCARE SERVICES, INC. d/b/a Southeast Georgia Physician Associates - Ear, Nose and Throat,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered on March 1, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion to dismiss Plaintiffs' second amended complaint as a sanction is granted, and this case is dismissed with prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 1, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020