# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

CEDRICK FRAZIER and TAMARA
FRAZIER,

      Plaintiffs,

v.

SOUTHEAST GEORGIA HEALTH
SYSTEM, INC; SHERMAN A.
STEVENSON, M.D.; and
COOPERATIVE HEALTHCARE
SERVICES, INC. d/b/a SOUTHEAST
GEORGIA PHYSICIAN ASSOCIATES-
EAR, NOSE, & THROAT,

      Defendants.

CV 221-021

## ORDER

On September 29, 2025, Plaintiffs filed a "Motion for Stay of Court's Ruling on Reconsideration 59(e) Denying Rule 60(b) Relief Until After Findings Issued by Georgia Composite Medical Board in Late 2025." Dkt. No. 328. As the title to the motion states, Plaintiffs sought a stay "until after the findings issued by Georgia Composite Medical Board in late 2025." Id. It is now well past late 2025. The motion, dkt. no. 328, is **DENIED as moot.**

Also moot is Plaintiffs' "Motion for Court to Strike Defendants' Surreply Without Leave of Court to Fraziers' Reply

2

to Response to Stay." Dkt. No. 338. That motion is **DENIED as moot**, as well.

SO ORDERED, this ___19___ day of February, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA